UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 10-23085-CV-JLK

THE HENNEGAN COMPANY,

       Plaintiff,

v.

CARLOS ARRIOLA and
GRAFIKA GROUP, LLC,

       Defendants.

_____/

## ORDER OF FINAL JUDGMENT

**THIS CAUSE** was tried as a bench trial before this Court on February 21, 22, and 29,
2012. Subsequently, in its Findings of Facts and Conclusions of Law (DE #111), this Court
found in favor of Defendants Carlos Arriola and Grafika Group, LLC for Plaintiff The
Hennegan Company's claims, in favor of Defendant Carlos Arriola for his counterclaims of
breach of contract and unjust enrichment, and in favor of Plaintiff The Hennegan Company
for Defendant Carlos Arriola's counterclaims of civil theft and conversion.

Accordingly, it is hereby **ORDERED**, **ADJUDGED, and DECREED** as follows:

1.     In accordance with this Court's Findings of Fact and Conclusions of Law,
Final Judgment is **ENTERED** in favor of Defendant Carlos Arriola and
against Plaintiff The Hennegan Company in the amount of **$67,391.92**, for
which sum let execution issue.

It is further **ORDERED, ADJUDGED, and DECREED** as follows:

1.      The Clerk shall **CLOSE** this case.

2.      All pending motions are hereby **DENIED as moot**.

3.      The Court **RETAINS JURISDICTION** to consider motions for attorney's

fees and costs.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse in Miami, Florida on this 29th day of March, 2012.

JAMES LAWRENCE KING
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

cc:

*Counsel for Plaintiff*

**Courtney Blair Wilson**
Littler Mendelson
2 S Biscayne Boulevard
Suite 1500 One Biscayne Tower
Miami, FL 33131-1804
305-400-7500
Fax: 603-2552
Email: CWilson@littler.com

*Counsel for Defendants*

**George G. Mahfood**
Broad and Cassel
2 S Biscayne Boulevard
One Biscayne Tower, 21st Floor

Miami, FL 33131
305-373-9427
Fax: 305-995-6437
Email: gmahfood@broadandcassel.com

**Jarrett Wolf**
The Law Firm of Jarrett Wolf, P.A.
1000 Brickell Avenue
Suite 1020
Miami, FL 33131
305-377-8006
Fax: 786-472-7228
Email: jwolf@jarrettwolf.com

**Sanjiv Sudheer Desai**
Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131
305-373-9400
Fax: 305-995-6392
Email: sdesai@broadandcassel.com